UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

Declan Lawson, individually and on behalf of all others similarly situated
    Plaintiff(s)

VS.    Case No: 3:25-cv-00071-RGE-HCA

Lee Enterprises Incorporated
    Defendant(s)

## AFFIDAVIT OF SERVICE

I, Donner Thompson, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Disclosure Package, and Class Action Complaint with Exhibit 1 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/17/2025 at 10:18 AM, I served Lee Enterprises Incorporated c/o Corporation Service Company, Registered Agent at 505 5th Avenue, Suite 729, Des Moines, Iowa 50309 with the Summons, Disclosure Package, and Class Action Complaint with Exhibit 1 by serving Cindy Halverson, Agent, authorized to accept service on behalf of Corporation Service Company.

Cindy Halverson is described herein as:

Gender: Female Ethnicity: Caucasian Age: 65 Weight: 200 Height: 5'8" Hair: Blond

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/18/2025

                   Donner Thompson

                   Client Ref Number: LEE ENTERPRISES
                   Job #:13538549