**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DECLAN LAWSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>LEE ENTERPRISES INCORPORATED,<br><br>       Defendant. | Civil Action No. 3:25-cv-00071-RGE-HCA<br><br>**NOTICE OF APPEARANCE** |

Joshua J. McIntyre of Lane & Waterman LLP hereby enters his Appearance on behalf of Defendant Lee Enterprises, Incorporated.


Dated:  July 9, 2025               LANE & WATERMAN LLP

                       By:  */s/ Joshua J. McIntyre*
                          Joshua J. McIntyre, AT0011426
                          220 North Main Street, Suite 600
                          Davenport, IA 52801
                          Telephone:  563-324-3246
                          Facsimile:  563-324-1616
                          Email:  JMcIntyre@l-wlaw.com

                       ***ATTORNEY FOR DEFENDANT LEE ENTERPRISES, INCORPORATED***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2025, the foregoing was filed electronically

with the Clerk of Court using the CM/EMC System and was thereby served on all counsel of record.

_____ */s/ Joshua J. McIntyre* _____